In the United States District Court
for the District of South Carolina
Florence Division

| | |
|---|---|
| Ona Carontenuto, *et al.*,<br><br>    *On behalf of themselves and those similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>VP Group, LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 4:17-cv-3493 (AMQ) |

Joint Motion for Settlement Approval

    The parties, by and through undersigned counsel, hereby move this Court for approval of their settlement agreement. The parties' settlement agreement is a fair and reasonable resolution of Plaintiffs' Fair Labor Standards Act and South Carolina Wage Payment Act claims.

    Attached hereto is the parties' Memorandum in Support, Proposed Settlement Agreement, and Attorney Andrew Kimble's Declaration in Support of the Motion for Settlement Approval. The parties submit that the settlement is fair and reasonable and asks the Court to approve the settlement.

Respectfully submitted,

*/s/ Patrick McLaughlin*  
Patrick McLaughlin  
Wukela Law Firm  
403 Second Loop Rd.  
PO Box 13057  
Florence, SC 29504-3057  
843-669-5634 (Phone)  
843-669-5150 (Fax)  
(Patrick@wukelalaw.com)

Andrew Kimble (*pro hac vice*)  
Philip Krzeski (*pro hac vice)*  
Markovits, Stock & DeMarco, LLC  
3825 Edwards Road, Suite 650  
Cincinnati, OH 45209  
513-651-3700 (Phone)  
513-665-0219 (Fax)  
(akimble@msdlegal.com)  
(pkrzeski@msdlegal.com)

*Counsel for Plaintiffs*

*/s/ Glenn V. Ohanesian*

Glenn V. Ohanesian (Fed Id 5317)  
**Law Offices of Ohanesian & Ohanesian**  
504 North Kings Highway P. O. Box 2433  
Myrtle Beach, SC 29578  
Telephone: 843-626-7193  
Facsimile: 843-492-5164  
Email: OhanesianLawFirm@cs.com

*Attorney for Defendants*

## Certificate of Service

The undersigned hereby certifies that on the 6th day of August 2018, a copy of the foregoing was filed through the Court's ECF system. An updated certificate of service will be provided when service is confirmed on the defendants in this case.

*/s/ Glenn Ohanesian*
Glenn Ohanesian