IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Ona Carontenuto, *et al.*, <br><br> *On behalf of themselves and those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> VP Group, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 4:17-cv-3493 (AMQ) <br><br> Judge A. Marvin Quattlebaum |

### SUPPLEMENT TO JOINT MOTION FOR SETTLEMENT APPROVAL

The parties filed their Joint Motion for Settlement Approval on August 6, 2018. *See* Doc. 67. The parties now submit the settlement agreement with the parties' fully executed signatures attached as Exhibit 1 to this Supplement. Accordingly, the parties respectfully request the Court to approve the settlement.

Respectfully submitted,

/s/ Patrick McLaughlin
Patrick McLaughlin
Wukela Law Firm
403 Second Loop Rd.
PO Box 13057
Florence, SC 29504-3057
843-669-5634 (Phone)
843-669-5150 (Fax)
(Patrick@wukelalaw.com)

1

Andrew Kimble (*pro hac vice*)
Philip Krzeski (*pro hac vice*)
Markovits, Stock & DeMarco, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
513-651-3700 (Phone)
513-665-0219 (Fax)
(akimble@msdlegal.com)
(pkrzeski@msdlegal.com)

*Counsel for Plaintiffs*

## Certificate of Service

The undersigned hereby certifies that on the 10th day of August 2018, a copy of the foregoing was filed through the Court's ECF system.

> */s/ Patrick McLaughlin*
> Patrick McLaughlin